| | | |
|---|---|---|
| People v Simpson | App Div, 1st Dept: 2017 NY Slip Op 67547(U) (Bronx) | denied reconsideration 8/16/17 (Rivera, J.) |
| People v Skilling | 1st Dept: 151 AD3d 584 (NY) | denied 8/11/17 (Wilson, J.) |
| People v Snoopy | 3d Dept: 151 AD3d 1116 (Columbia) | denied 8/4/17 (Wilson, J.) |
| People v Soutemenides | 4th Dept: 151 AD3d 1876 (Monroe) | denied 8/18/17 (Wilson, J.) |
| People v Spallone | 1st Dept: 150 AD3d 556 (NY) | denied 8/18/17 (Garcia, J.) |
| People v Spoor | 4th Dept: 148 AD3d 1795 (Seneca) | denied 8/9/17 (Stein, J.) |
| People v Stanback (Carl) | 2d Dept: 149 AD3d 876 (Kings) | denied 8/11/17 (DiFiore, Ch. J.) |
| People v Stanback (Carl) | 2d Dept: 149 AD3d 877 (Kings) | denied 8/11/17 (DiFiore, Ch. J.) |
| People v Stevenson | 3d Dept: 149 AD3d 1271 (Chemung) | denied 8/15/17 (Garcia, J.) |
| People v Stewart (Eugene) | 4th Dept: 151 AD3d 1860 (Niagara) | denied 8/21/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Stewart (Eugene) | 4th Dept: 151 AD3d 1861 (Niagara) | denied 8/21/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Strong | App Div, 4th Dept, 4/20/17 (Onondaga) | dismissed 8/16/17 (Garcia, J.) |
| People v Taylor (Jessemar) | 2d Dept: 150 AD3d 768 (Kings) | denied 8/16/17 (Rivera, J.) |
| People v Taylor (Stephen) | 4th Dept: 148 AD3d 1607 (Monroe) | denied 8/28/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Taylor (Stephen) | 4th Dept: 148 AD3d 1609 (Monroe) | denied 8/28/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Terborg | App Div, 4th Dept: 2017 NY Slip Op 74208(U) (Monroe) | dismissed 8/16/17 (Garcia, J.) |
| People v Thomas (Anthony)* | 1st Dept: 150 AD3d 474 (Bronx) | denied 7/6/17 (Garcia, J.) |
| People v Thomas (Clarence) | 2d Dept: 150 AD3d 770 (Westchester) | denied 8/16/17 (Rivera, J.) |
| People v Thomas (Steven) | 2d Dept: 150 AD3d 1156 (Nassau) | denied 8/24/17 (Fahey, J.) |
| People v Thorsen | App Div, 3d Dept: 2017 NY Slip Op 74398(U) (Rensselaer) | dismissed 8/24/17 (Fahey, J.) |

---

* Omitted from July 2017 list.